No. 02–11299.  DUBOIS v. NEW JERSEY ET AL., 540 U. S. 866; and

No. 03–7986.  IN RE GREEN, 540 U. S. 1103.  Motions for leave to file petitions for rehearing denied.